CASPAR STAPF, Respondent, *v.* LOEWER'S GAMBRINUS BREWERY COMPANY, Appellant.

Reported below, 1 App. Div. 405.
(Argued December 14, 1896; decided December 22, 1896.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the grounds that the Appellate Division unanimously decided that the verdict was supported by evidence, and that no question of law is presented for review.

*Alfred & Charles Steckler* for motion.

*C. J. G. Hall* opposed.

Motion denied, upon authority of *Kaplan* v. *New York Biscuit Company* (151 N. Y. 171), but without costs and with the privilege to renew the motion in the case of an amendment of the record showing the decision by the Appellate Division to have been unanimous.